UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>CAPITOL BREACH<br>GRAND JURY INVESTIGATIONS WITHIN<br>THE DISTRICT OF COLUMBIA | Misc. No. 21-GJ-00020 (BAH) |

## UNITED STATES' WITHDRAWAL OF SEALING REQUEST

The United States hereby withdraws its request for sealing of the above-captioned matter.

Submitted this 9th day of July 2021.

                                            CHANNING PHILLIPS
                                            Acting United States Attorney

By:        /s/
            Emily A. Miller
            Capitol Breach Discovery Coordinator
            D.C. Bar No. 462077
            555 4th Street, N.W., Room 5826
            Washington, D.C. 20530
            202-252-6988
            Emily.Miller2@usdoj.gov